

**FILED**
SEP 11 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. **18CR 574** |
| v. | Violation: Title 18, United States |
| GILBERT LOPEZ | Code, Section 922(g)(1) |

**JUDGE BLAKEY**
**MAGISTRATE JUDGE WEISMAN**

### COUNT ONE

The SPECIAL JUNE 2018 GRAND JURY charges:

On or about April 2, 2018, at Melrose Park, in the Northern District of Illinois, Eastern Division, and elsewhere,

GILBERT LOPEZ,

defendant herein, previously having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely, a Sears, Roebuck and Company, Model Ranger 120, 16 gauge bolt-action shotgun with an obliterated serial number, which firearm had traveled in interstate commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

1